

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-15-00156-CV

## IN RE R. WAYNE JOHNSON

_____

## Original Proceeding

_____

# O R D E R

_____

In this original proceeding, Relator R. Wayne Johnson has filed a motion to recuse[1]

all three members of the court: Chief Justice Tom Gray, Justice Rex Davis, and Justice Al

Scoggins. Johnson's largely unintelligible and mostly incomprehensible motion for

recusal appears to assert the following grounds for recusal: the court is "retaliatory" and

"biased"; the Clerk's May 15 sanctions-notice letter is void because it was not signed by

the judges; the court has abused legal procedures; the court has engaged in fraud, deceit,

---

[1] The motion lacks proof of service on the Respondent trial-court judge in the underlying civil case and on the real parties in interest (the parties in the underlying civil suit). *See* TEX. R. APP. P. 9.5, 52.2. A copy of all documents presented to the court must be served *on all parties* to the proceeding and must contain proof of service. *Id.* 9.5. Because of our disposition and to expedite it, we invoke Rule 2 and suspend this rule. *Id.* 2.

and dishonesty; impartiality is in question; the court favors the trial court and Appellee's counsel in the underlying case; the court violated due process; an unintelligible claim along the lines that the court is engaging in misconduct by allowing or enabling Johnson to make allegedly illegal pro se filings; and the court, its staff attorneys, and its clerks have conspired with TDCJ and have committed mail fraud.

Under Rule 16.3, after receipt of the motion for recusal, and before any further proceeding in this case, Chief Justice Gray, Justice Davis, and Justice Scoggins each considered the motion in chambers. TEX. R. APP. P. 16.3(b). Chief Justice Gray, Justice Davis, and Justice Scoggins each found no reason to recuse himself and, under Rule 16.3(b), certified the issue to the entire court. *Id.; Manges v. Guerra,* 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman,* 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, order, pet. denied).

The court then decided the motion with respect to each challenged justice by a vote of the remaining justices sitting en banc. *See McCullough,* 50 S.W.3d at 88. No challenged justice sat with the remainder of the court when his challenge was considered. *See* TEX. R. APP. P. 16.3; *Manges,* 673 S.W.2d at 185; *McCullough,* 50 S.W.3d at 88. In each instance, a majority of the remaining justices found that the justice under consideration, being one of the three duly elected justices of this court, should not be recused. TEX. R. APP. P. 16.2, 16.3(b); TEX. R. CIV. P. 18b(b); *see McCullough,* 50 S.W.3d at 88. The motion for recusal is denied with respect to Chief Justice Gray, Justice Davis, and Justice Scoggins.


PER CURIAM

In re Johnson                                                                                                    Page 2

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed June 18, 2015
Do not publish

